AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

DISTRICT OF _____ COLORADO _____

**UNITED STATES OF AMERICA**

**V.**

**PATRICIA TURNER**

# WARRANT FOR ARREST

**CASE NUMBER:**

TO:    The United States Marshal
and any Authorized United States Officer

# 07-CR-00172-EWN

YOU ARE HEREBY COMMANDED to arrest **PATRICIA TURNER** and bring her

forthwith to the nearest magistrate to answer an

■ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with knowingly distributing and possessing with the intent to distribute cocaine, and cocaine base a Schedule II controlled substances; and conspiracy and use of a telephone to facilitate the above.

in violation of Title  21  United States Code, Sections 846, 843(b) and 841(a)(1).

GREGORY C. LANGHAM
Clerk, U. S. District Court
_____
Name of Issuing Officer

Title of Issuing Officer

_____
Signature of Issuing Officer

4/24/07   Denver, Colorado
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:_____ **PATRICIA TURNER**___

ALIAS: _____

LAST KNOWN RESIDENCE (City and State): ___Aurora, CO_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

YEAR OF BIRTH: ___1973_____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: ___783024WA1_____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: __Federal Bureau of Investigation - Denver, Colorado__