# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 07-cr-00172-CMA-03 |
| MARVIN BRAGG ) | USM No: 34936-013 |
| Date of Previous Judgment: April 20, 2011 ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED.    **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   96 months   **is reduced to**   77 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❐ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other *(explain)*:

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   April 20, 2011,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   12/07/11                           /s/ Christine M. Arguello
                                                                *Judge's signature*

Effective Date:                                    Christine M. Arguello, United States District Judge
       *(if different from order date)*                      *Printed name and title*