# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  07-cr-00172-CMA-24 |
| PATRICIA TURNER | ) | USM No:  05303-748 |
| Date of Previous Judgment:  December 23, 2008 | ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X**  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  84 months  **is reduced to**  75 months  .

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 28 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 108 to 135 months | Amended Guideline Range: | 97 to 121 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒  The reduced sentence is within the amended guideline range.

**X**  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒  Other *(explain)*:

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  December 23, 2008,  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  12/27/11

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Christine M. Arguello, United States District Judge
*Printed name and title*